MIGUEL PEREZ v. PANTASOTE, INC.

March 22, 1983.

Petition for certification granted.

STATE OF NEW JERSEY v. TROY CARLSON CRANE.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DEBORAH RICHARDSON.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. GLENN SMYTHE.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. KEITH A. LOUIS.

March 28, 1983.

Petition for certification denied.